PROB 12B
(REVISED 5/2011)

# United States District Court
## for
## Middle District of Tennessee

## Petition to Modify the Condition or Term of Supervision
*(Probation Form 49 Waiver of Hearing on the Modification is attached)*

Name of Offender: Latricia Ridley     Case Number: 3:03-00117-02

Name of Judicial Officer: Honorable Aleta A. Trauger, U. S. District Judge

Date of Original Sentence: September 29, 2004

Original Offense: 21 U.S.C. § 846 and 18 U.S.C. § 2 Conspiracy to Distribute and ti Possess with Intent to Distribute Cocaine, Crack Cocaine, and Marijuana

Original Sentence: 21 months' custody; 5 years' supervised release

Type of Supervision: Supervised Release     Date Supervision Commenced: February 27, 2012

Assistant U.S. Attorney: Sunny A.M. Koshy     Defense Attorney: Cynthia Morrisey Fort

## PETITIONING THE COURT

■ To modify the release conditions as follows:

**The defendant has permission that was granted by the Court to associate with Thomas Jared Richardson, a convicted felon, on his release from the Bureau of Prisons' custody during her duration on supervised release.**

THE COURT ORDERS:
☐ No Action
☐ The extension of supervision as noted above.
☒ The modification(s) as noted above.
☐ Other

Considered this 19th day of Dec., 2012, and made a part of the records in the above case.

_____
U. S. District Judge
Aleta A. Trauger

I declare under penalty of perjury that the foregoing is true and correct.
Respectfully submitted,

_____
U.S. Probation Officer
Kimberly Haney

Place    Nashville, Tennessee

Date    December 17, 2012

**ALLEGED VIOLATIONS**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance

                Not applicable

**Compliance with Supervision Conditions and Prior Interventions:**

Thomas Jared Richardson appeared before Your Honor on November 27, 2012, for a revocation hearing. Mr. Richardson's term of supervised release was revoked, and he was sentenced to a period of incarceration of 26 months' custody in the Bureau of Prisons. Mr. Richardson, through his attorney, Peter Strianse, advised the Court that he and Ms. Ridley have had a long term relationship, and he considers her to be his fiancé. They requested the Court to allow Mr. Richardson and Ms. Ridley to associate upon his release from custody.

Your Honor approved the association and ordered probation to submit a modification to allow Ms. Ridley to associate with Mr. Richardson.

**U.S. Probation Officer Recommendation:**

It is recommended that the offender's release conditions be modified as indicated on page one of this petition.

The U. S. Attorney's Office has been advised of the submission of this petition to modify Ms. Ridley's conditions per the order of the Court.

Approved: _____
Kenneth Parham
Supervisory U.S. Probation Officer

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
# MIDDLE DISTRICT OF TENNESSEE

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant has permission that was granted by the Court to associate with Thomas Jared Richardson, a convicted felon, on his release from the Bureau of Prisons' custody during her duration on supervised release.

Witness: *Kimberly Haney*
Kimberly Haney
U.S. Probation Officer

Signed: *L. Ridley*
Latricia Ridley
Probationer or Supervised Releasee

December 12, 2012
Date